UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL E. HEARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF STATE, et al., ) <br> ) <br> Defendants. ) | Civil Action No: 08-02123 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion issued simultaneously with this Order, it is hereby this 17th day of September, 2010

**ORDERED** that the defendants' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge